**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

|  |  |
|---|---|
| BEVERLY FERRARO, | : No. 39 WM 2024 |
|  | : |
| Respondent | : |
|  | : |
|  | : |
| v. | : |
|  | : |
|  | : |
| PATTERSON-ERIE CORPORATION D/B/A | : |
| BURGER KING AND BURGER KING | : |
| CORPORATION, | : |
|  | : |
| Petitioner | : |

## ORDER

**AND NOW,** this 27th day of June, 2024, in consideration of the "Petition for Verified Bill of Costs," the objection thereto, and the timely reply, costs related to the review by the Supreme Court of Pennsylvania are taxed in favor of Petitioner PEC Management II, LLP (Patterson-Erie Corporation D/B/A Burger King), against Respondent Beverly Ferraro, limited to the amount of eight hundred and fifteen dollars and thirty-eight cents ($815.38). Costs are calculated as follows:

Principal Brief and Reproduced Record/Supreme Court......... $706.24
Reply Brief/Supreme Court...................................................... $109.14
                                                                                                    $815.38

_____
Prothonotary